1  TODD M. LEVENTHAL, ESQ
   LEVENTHAL AND ASSOCIATES PLLC.
2  Nevada Bar No. 008543
   California Bar No.223577
3  626 South Third Street
   Las Vegas, Nevada 89101
4  (702) 427-8686
   ***Attorney for Terry Garwood***

5

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF NEVADA**

8

9  UNITED STATES OF AMERICA,           )
                                       )      2:13-cr-00340-GMN-VCF-5
10              Plaintiff,             )
                                       )   **STIPULATION TO CONTINUE**
11     vs.                             )   **SENTENCING AND DISPOSITION**
                                       )
12  TERRY GARWOOD,                     )
                                       )
13              Defendant.             )
                                       )
14  _____  )

15      IT IS HEREBY STIPULATED AND AGREED by and between Defendant, TERRY

16  GARWOOD, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States

17  of  America, by its counsel, ROBERT KNIEF, Assistant U.S. Attorney, that the sentencing in the

18  above-captioned matter currently set for Thursday, October 22, 2015 be reset for at least 14 days.

19

20      This Stipulation is entered into for the following reasons

21      1.  There is a pre-scheduled Trial at the same time of the sentencing for Mr. Garwood that

22  Mr. Leventhal will be in.

23      2.  Mr. Garwood is not in custody and agrees to the continuance.

24      3.  Additionally, denial of this request for a continuance could result in a miscarriage of

25  justice.

26      4.  Mr. Leventhal has spoken to ROBERT , Assistant United States Attorney, and he has

27  no objection to this continuance.

28

1

2  DATED this 19TH day of October, 2015.

3

4

5 _____-s-_____      _____-s-_____
 TODD M. LEVENTHAL, ESQ.       ROBERT KNIEF
6 Counsel for defendant         Assistant U.S. Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  TODD M. LEVENTHAL, ESQ
   LEVENTHAL AND ASSOCIATES PLLC.
   Nevada Bar No. 008543
3  California Bar No.223577
   626 South Third Street
4  Las Vegas, Nevada 89101
   (702) 427-8686
5  ***Attorney for Terry Garwood***

6

7                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
8
   UNITED STATES OF AMERICA,            )
9                                        )        2:13-cr-00340-GMN-VCF-5
                          Plaintiff,     )
10                                       )
            vs.                          )
11                                       )
   TERRY GARWOOD,                        )
12                                       )
                          Defendant.     )
13  _____)

14

                          **FINDINGS OF FACT**
15      Based on the stipulation of counsel, and good cause appearing, the Court finds that:

16      1.  There is a pre-scheduled Trial at the same time of the sentencing for Mr. Garwood that

17  Mr. Leventhal will be in.

18      2.  Mr. Garwood is not in custody and agrees to the continuance.

19      3.  Additionally, denial of this request for a continuance could result in a miscarriage of

20  justice.

21      4.  Mr. Leventhal has spoken to ROBERT , Assistant United States Attorney, and he has

22  no objection to this continuance

23

24                          **CONCLUSIONS OF LAW**

25      The ends of justice served by granting said continuance outweigh the best interest of the

26  public and the Defendants in a speedy trial, since the failure to grant said continuance would be

27  likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

28

1  opportunity within which to be able to effectively and thoroughly prepare for trial, taking into

2  account the exercise of due diligence.

3       The continuance sought herein is excludable in computing the time within which the trial

4

5  herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section

6  3161(h)(7)(A) considering the factors under Title 18, United States Code, Sections

7  3161(h)(7)(B)(i) and (ii).

8

9                                          **ORDER**

10      Accordingly, IT IS SO ORDERED that the current Sentencing and disposition setting is

11  vacated and the same is continued and reset for __November 5____, 201_5_, at the hour of

12  _10:00_ a.m., in courtroom #__7D___.

13

14

15      Dated this ____20___ day of OCTOBER, 2015.

16

17

18

19  _____
    GLORIA M. NAVARRO
20  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28